UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21088-CIV-ALTONAGA/Reid

**GAMIL KHARFAN**,

    Plaintiff,
vs.

**EQUIFAX INFORMATION SERVICES, LLC**; *et al.*,

    Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On April 17, 2025, the Court entered an Order Setting Trial and Pre-Trial Schedule [ECF No. 25], requiring the parties to select a mediator; schedule a time, date, and place for mediation pursuant to Local Rule 16.2; and ***jointly file a proposed order scheduling mediation*** on or before April 23, 2025. (*See id.* 1). On April 24, 2025, the Court granted the parties an extension of time until April 30, 2025 to schedule mediation and submit a proposed order, reminding them that the proposed order must be emailed to the Court in Word format. (*See* Order [ECF No. 29]).

On April 30, 2025, a Joint Notice Scheduling Mediation [ECF No. 34] was filed instead of a proposed order, and the parties have not emailed a proposed order to the Court as required by the CM/ECF Administrative Procedures, and the Court's April 17, 2025 and April 24, 2025 Orders. Therefore, it is

**ORDERED** that on or before **May 5, 2025**, the parties shall email a proposed order scheduling mediation. Furthermore, in their written submission, the parties shall explain why they failed to comply with the Court's Orders, necessitating this third Order.

CASE NO. 25-21088-CIV-ALTONAGA

**DONE AND ORDERED** in Miami, Florida, this 1st day of May, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:   counsel of record