UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-21088-CIV-ALTONAGA/Reid

**GAMIL KHARFAN**,

    Plaintiff,
vs.

**EQUIFAX INFORMATION SERVICES, LLC**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on Defendant, Equifax Information Services, LLC's Motion to Dismiss [] [ECF No. 26], filed on April 18, 2025. Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than fourteen (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). Any opposition to the Motion was due on or before May 2, 2025. To date, Plaintiff, Gamil Kharfan has not filed an opposing memorandum of law, nor has he sought an extension of time to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Defendant, Equifax Information Services LLC's Motion to Dismiss **[ECF No. 26]** is **GRANTED by default**. The Complaint **[ECF No. 1]** is **DISMISSED without prejudice**. Defendant, Trans Union, LLC's Motion for Judgment on the Pleadings **[ECF No. 30]** is **DENIED as moot**. Plaintiff has until **May 12, 2025**, to file an amended complaint. The Hearing on Equifax's Motion to Dismiss and Trans Union's Motion for Judgment on the Pleadings, set for May 13, 2025, is **CANCELLED**.

CASE NO. 25-21088-CIV-ALTONAGA/Reid

Defendants are reminded that they must file either a *single, combined* response or separate answers within 14 days of being served with any amended pleading. (*See* Apr. 2, 2025 Order [ECF No. 10]); *see also* Fed. R. Civ. P. 15(a)(3).

**DONE AND ORDERED** in Miami, Florida, this 5th day of May, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:  counsel of record